

FILED
CLERK, U.S. DISTRICT COURT
MAR 18 2010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: MJ-10-573 |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| _Arrelano_ ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _S.D.CA_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _PSA report_.

and/or

B.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: PSA rpt

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  3/18/10

*/s/ Ken To*

UNITES STATES MAGISTRATE JUDGE

2